IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MICHAEL EDWIN MCLEMORE, | ) | |
|---|---|---|
| Petitioner, | ) | 8:18CV567 |
| v. | ) | |
| SCOTT R. FRAKES, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that Respondent's Motion for Extension of Time (First Request) (filing no. 6) is granted. Respondent's answer and brief shall be filed on or before March 27, 2019. Petitioner's responsive brief shall be filed on or before April 26, 2019. Respondent's reply brief shall be filed on or before May 28, 2019.

DATED this 26th day of February, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge