IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MICHAEL EDWIN MCLEMORE, | ) | |
|---|---|---|
| Petitioner, | ) | 8:18CV567 |
| v. | ) | |
| SCOTT R. FRAKES, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that Petitioner's Motion to Extend Time to File Reply Brief to Respondent's Brief (filing no. 13) is granted. Petitioner shall file his brief in support of Motion to Stay on or before May 29, 2019. Petitioner's brief must be received by the Clerk of the Court on or before May 29, 2019.

DATED this 30th day of April, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge