IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL EDWIN MCLEMORE, | ) | |
| | ) | |
| Petitioner, | ) | 8:18CV567 |
| | ) | |
| V. | ) | |
| | ) | |
| SCOTT R. FRAKES, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that:

1. The Second Motion to Stay, filing no. 28, is denied.[1]

2. Reluctantly, the Motion for Extension of Time, Filing no. 27, is granted and Petitioner's brief deadline is extended to on or before the close of business on Monday, November 11, 2019.[2] No further extensions will be granted, and I mean it.

3. Respondent may file a reply brief on or before Wednesday, December 11, 2019.

DATED this 25th day of September, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

---

[1] I have previously denied a similar motion and my reasoning still stands. Filing no. 16.

[2] Petitioner requested an extension until November 9, 2019, but that is a Saturday.