IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MICHAEL EDWIN MCLEMORE, | ) | |
|---|---|---|
| Petitioner, | ) | 8:18CV567 |
| v. | ) | |
| SCOTT R. FRAKES, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that Respondent's Motion for Extension of Time to File Reply Brief (Filing no. 40) is granted. Respondent's Reply Brief shall be filed on or before January 3, 2020.

DATED this 11th day of December, 2019.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge