IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MICHAEL EDWIN MCLEMORE, | |
|---|---|
| Petitioner, | 8:18CV567 |
| vs. | |
| SCOTT R. FRAKES, | ORDER |
| Respondent. | |

For the reasons articulated in Filing no. 39,

IT IS ORDERED that the Petitioner's motion for leave to proceed in forma pauperis (Filing no. 47) is denied because it is not taken in good faith and it is frivolous.

Dated this 14th day of January, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge