IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL EDWIN MCLEMORE, | |
| Petitioner, | 8:18CV567 |
| vs. | ORDER |
| SCOTT R. FRAKES, | |
| Respondent. | |

Petitioner's motion to grant him an additional 90 days to file a notice of appeal will be denied because it is unreasonable.

IT IS ORDERED that Petitioner's motion to extend the time to file a notice of appeal, Filing no. 52, is denied.

Dated this 6th day of April, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge