IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL EDWIN MCLEMORE,

        Petitioner,

vs.

SCOTT R. FRAKES,

        Respondent.

**8:18CV567**

**ORDER**

    IT IS ORDERED that Petitioner may appeal in forma pauperis. To that extent, Petitioner's motion, Filing no. 56, is granted.

    Dated this 15th day of April, 2020.

                              BY THE COURT:

                              *Richard G. Kopf*

                              Richard G. Kopf
                              Senior United States District Judge